UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                    )
                                         )  Case No. _____
                                         )
                                         )  NOTICE OF MOTION
                                         )  FOR REDEMPTION OF
                                         )  PERSONAL PROPERTY
Debtor(s)                                )

**NOTICE IS GIVEN THAT**:

1.  A motion, **COPY ATTACHED**, was filed by the debtor(s) for redemption of personal property (as provided by 11 U.S.C. §722) held as collateral by the secured creditor whose name and address for mailing (see Fed. Bankruptcy Rule 7004) are:

2.  The name and address of the debtor's attorney are:

3.  If you WISH TO RESIST the motion, YOU MUST, WITHIN 14 DAYS OF THE SERVICE DATE SHOWN BELOW, FILE a written response with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; OR if it begins with "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401).

4.  <u>Contents of Response</u>.  A response must: (1) state the facts upon which redemption is resisted, AND (2) include the name and address of the respondent's attorney (or respondent, if no attorney).

5.  <u>Failure to Respond</u>.  If you fail to file a timely response, then the court may sign an ex parte order, submitted by the debtor, granting the redemption as requested.

CLERK, U.S. BANKRUPTCY COURT

**CERTIFICATE OF SERVICE**

I certify that, pursuant to FRBP 7004, on _____ copies of both the above Notice AND the Motion were served on the trustee and creditor at the address listed above.

_____
Signature

_____
Debtor's Address & Taxpayer ID#(s) (last 4 digits)

717.20 (10/15/08)

1

**REX K. DAINES, OSB # 95244**
Email: rdaines@olsendaines.com
OLSEN, OLSEN & DAINES LLC
1599 State Street
Salem, Oregon 97301
Phone: (503) 362-9393
Facsimile: (503) 362-1375

2

3

4

5

6

7

8

9

10          IN THE UNITED STATES BANKRUPTCY COURT

11              FOR THE DISTRICT OF OREGON

12    IN RE:                          )
                                      )
13    David and Linda Culpepper,      )    Case No. 09-38599-rld7
                                      )
14                        Debtors.    )
                                      )    DEBTORS' MOTION FOR
15                                    )    REDEMPTION
                                      )
16                                    )
                                      )

17

18          Debtors, David and Linda Culpepper, by and through their attorney Rex K. Daines, move for

19    an order allowing redemption of certain personal property as follows:

20    1.      The name of the secured creditor is Selco Credit Union.

21    2.      The property to be redeemed is a 2006 GMC Canyon PU.

22    3.      The total balance due on the vehicle is $12,721.

1  DEBTORS' MOTION FOR REDEMPTION

1    4.      The current replacement value of the vehicle is $3,500.

2    5.      The Kelly Blue Book private party good value is $8,100.

3    6.      The vehicle is in poor condition.

4    7.      The vehicle requires approximately $4,300 in repairs to restore it to fair condition.  See

5    exhibits A and B.

6    8.      The vehicle requires significant exterior repairs due to a collision with a deer.

7    9.      The vehicle requires significant interior repairs including new cloth lining.

8    10.    The amount to be paid to the secured creditor is $3,500.

9    11.    The redemption payment will be made within 30 days of the order allowing redemption.

10    12.    The property listed above is personal property intended primarily for personal, family, or

11    household use and is secured by a dischargeable consumer debt.

12    13.    The property is exempted under 11 U.S.C. §522.

13

14    WHEREFORE, debtors pray for an Order granting redemption.

15    Dated this 20th day of January, 2010.

16

17                       **OLSEN, OLSEN & DAINES LLC**

18             BY:    */s/ Rex K. Daines*_____

19                      Rex K. Daines, OSB # 95244
                          Email: rdaines@olsendaines.com

20                          1599 State Street
                          Salem, Oregon 97301

21                          Phone: (503) 362-9393
                          Facsimile: (503) 362-1375

22

2  DEBTORS' MOTION FOR REDEMPTION

Date:  1/14/2010 08:00 AM
Estimate ID:  CULPEPPER
Estimate Version:  0
Preliminary
Profile ID:  STATE FARM

# Bob Thomas Car Company

345 N.E. Third St., Bend, OR 97701
(541) 318-7816
Fax: (541) 312-6726
Email: davel@bobthomas.com

Damage Assessed By:  DAVID LUEBBE

Deductible:  0.00
Claim Number:  CULPEPPER

Owner:  DAVID CULPEPPER

541- 385- 0120

Mitchell Service:  910230

Description:  2006 GMC Canyon SLT
Body Style:  4D PkupCrw 5' Bed 126" WB
VIN:  1GTDT136568122005
Options:  VEHICLE ANTI-THEFT, PASSENGER AIRBAG, DRIVER SIDE AIRBAG, HEATED SEAT
POWER DRIVER SEAT, POWER LOCK, POWER WINDOW, POWER STEERING
MANUAL AIR CONDITION, CRUISE CONTROL, TILT STEERING COLUMN, LEATHER SEAT
POWER PASSENGER SEAT, SLIDING REAR PICKUP WINDOW, ANTI-LOCK BRAKE SYS.
FOG LIGHTS, ALUM/ALLOY WHEELS, LEATHER STEERING WHEEL, 5 CYL. ENGINE, CD PLAYER
POWER ADJUSTABLE EXTERIOR MIRROR, 4WD OR AWD, PRIVACY GLASS, FRONT AIR DAM
FIRST ROW BUCKET SEAT, KEYLESS ENTRY, OUTSIDE TEMPERATURE GAUGE, TACHOMETER
AUTOMATIC HEADLIGHTS, PASSENGER AIRBAG CUTOFF SWITCH/SENSOR, MP3 PLAYER
DAYTIME RUNNING LIGHTS

Drive Train:  3.5L Inj 5 Cyl 4WD

| Line Item | Entry Number | Labor Type | Operation | Line Item Description | Part Type/ Part Number | | Dollar Amount | Labor Units |
|---|---|---|---|---|---|---|---|---|
| 1 | 002622 | BDY | REMOVE/INSTALL | Frt Bumper Assy | | | | INC # |
| 2 | AUTO | BDY | OVERHAUL | Frt Bumper Cover Assy | | | | 1.6 # |
| 3 | 002537 | BDY | REMOVE/REPLACE | Frt Bumper Cover | 12335806 | GM PART | 163.48 | INC # |
| 4 | 001729 | BDY | REMOVE/INSTALL | L Fender Wheel Opening Flare | | | | 0.3 |
| 5 | 000352 | BDY | REPAIR | L Fender Panel | Existing | | | 4.0* # |
| 6 | AUTO | REF | REFINISH | L Fender Outside | | | C | 2.0 |
| 7 | 000383 | BDY | REPAIR | L Fender Wheel Opening Flare | Existing | | | 0.5* |
| 8 | AUTO | REF | REFINISH | L Frt Wheel Opening Flare | | | C | 1.4 |
| 9 | 001576 | REF | BLEND | Cab Rear Panel Outside | | | C | 0.9 |
| 10 | 000573 | BDY | REPAIR | L Frt Door Repair Panel | Existing | | | 1.0* # |
| 11 | AUTO | REF | REFINISH | L Frt Door Outside | | | C | 1.8 |
| 12 | 001605 | BDY | REMOVE/INSTALL | L Frt Qtr Belt Moulding | | | | 0.4 # |
| 13 | 003915 | BDY | REMOVE/REPLACE | L Frt Door Power Mirror Assy | 15246906 | GM PART | 192.50 | INC # |
| 14 | 001615 | BDY | REMOVE/INSTALL | L Frt Qtr Door Handle | | | | 0.7 # |
| 15 | 000475 | BDY | REPAIR | L Rear Door Repair Panel | Existing | | | 2.0* # |
| 16 | AUTO | REF | REFINISH | L Rear Door Outside | | | C | 1.6 |
| 17 | 001797 | BDY | REMOVE/INSTALL | L Rear Qtr Belt Moulding | | | | 0.2 |
| 18 | 001649 | BDY | REMOVE/INSTALL | L Rear Qtr Door Handle | | | | 0.8 # |
| 19 | 000113 | BDY | REPAIR | L Pickup Bed Side Panel Assy | Existing | | | 5.0* |
| 20 | AUTO | REF | REFINISH | L Bed Outer Side Panel | | | C | 2.7 |

ESTIMATE RECALL NUMBER: 01/14/2010 08:00:34 CULPEPPER
Mitchell Data Version:  OEM: DEC_09_V

UltraMate is a Trademark of Mitchell International
Copyright (C) 1994 - 2009 Mitchell International
All Rights Reserved

Page  1  of  3

UltraMate Version:  7.0.015

EXHIBIT  B
PAGE  1  OF  3

Date:   1/14/2010 08:00 AM
Estimate ID:   CULPEPPER
Estimate Version:   0
Preliminary
Profile ID:   STATE FARM

| 21 | 001723 | REF | REFINISH | L Rear Wheel Opening Flare | | | C | 1.4 |
|----|--------|-----|----------|----------------------------|--|--|---|-----|
| 22 | 001672 | BDY | REMOVE/INSTALL | L Rear Combination Lamp | | | | 0.2 |
| 23 | 002611 | BDY | REMOVE/INSTALL | Rear Bumper Assy | | | | 0.5 |
| 24 | 900500 | BDS * | CHECK/ADJUST | COURTESY WASH/CLEAN- NO CHARGE | Existing | | | 0.0* |
| 25 | 900500 | BDY * | REMOVE/REPLACE | COLLISION MATERIAL | ** QUAL REPL PART | 15.00 * | | 0.0* |
| 26 | AUTO | REF | ADD'L OPR | Clear Coat | | | | 2.7 |
| 27 | 933003 | REF | ADD'L OPR | TINT COLOR | | | | 0.5* |
| 28 | 933018 | REF | ADD'L OPR | MASK FOR OVERSPRAY | | 0.00 * | | 0.5* |
| 29 | AUTO | | ADD'L COST | Paint/Materials | | 450.00 * | | |
| 30 | AUTO | | ADD'L COST | Hazardous Waste Disposal | | 5.00 * | | |

\* - Judgment Item
\# - Labor Note Applies
C - Included in Clear Coat Calc

# Estimate Totals

| I. Labor Subtotals | Units | Rate | Add'l Labor Amount | Sublet Amount | Totals | | II. Part Replacement Summary | Amount |
|--------------------|-------|------|--------------------|---------------|--------|--|------------------------------|--------|
| Body | 17.2 | 50.00 | 0.00 | 0.00 | 860.00 T | | Taxable Parts | 370.98 |
| Refinish | 15.5 | 50.00 | 0.00 | 0.00 | 775.00 T | | | |
| | | | | | | | Total Replacement Parts Amount | 370.98 |
| | Taxable Labor | | | | 1,635.00 | | | |
| Labor Summary | 32.7 | | | | 1,635.00 | | | |

| III. Additional Costs | | Amount | IV. Adjustments | Amount |
|-----------------------|--|--------|-----------------|--------|
| Taxable Costs | | 455.00 | Insurance Deductible | 0.00 |
| Total Additional Costs | | 455.00 | Customer Responsibility | 0.00 |

Paint Material Method: Rates
Init Rate = 30.00 , Init Max Hours = 99.9, Addl Rate = 0.00

| | | |
|--|--|--|
| I. | Total Labor: | 1,635.00 |
| II. | Total Replacement Parts: | 370.98 |
| III. | Total Additional Costs: | 455.00 |
| | Gross Total: | 2,460.98 |
| IV. | Total Adjustments: | 0.00 |
| | Net Total: | 2,460.98 |

EXHIBIT ___B___

PAGE _2_ OF _3_

Date: 1/14/2010 08:00 AM
Estimate ID: CULPEPPER
Estimate Version: 0
Preliminary
Profile ID: STATE FARM

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF A MOTOR VEHICLE CRASH
PART NOT MADE BY THE ORIGINAL EQUIPMENT MANUFACTURER. THE USE OF A MOTOR
VEHICLE CRASH PART NOT MADE BY THE ORIGINAL EQUIPMENT MANUFACTURER MAY
INVALIDATE ANY REMAINING WARRANTIES OF THE ORIGINAL EQUIPMENT
MANUFACTURER ON THAT MOTOR VEHICLE PART. THE PERSON WHO PREPARED THIS
ESTIMATE WILL PROVIDE A COPY OF THE PART WARRANTY FOR CRASH PARTS NOT
MADE BY THE ORIGINAL EQUIPMENT MANUFACTURER FOR COMPARISON PURPOSES.

### This is a preliminary estimate.
### Additional changes to the estimate may be required for the actual repair.

BOB THOMAS CHEVROLET-CADILLAC-HONDA warranties body and paint repair
to the vehicle so long as the vehicle remains under the present
ownership.

Attn: Mike Fuller
pages 10+11

ESTIMATE RECALL NUMBER: 01/14/2010 08:00:34 CULPEPPER
Mitchell Data Version: OEM: DEC_09_V
UltraMate Version: 7.0.015

UltraMate is a Trademark of Mitchell International
Copyright (C) 1994 - 2009 Mitchell International
All Rights Reserved

Page  3  of  3

EXHIBIT ___B___

PAGE ___3___ OF ___3___

# AUTO CARE

61343 SOUTH HWY 97
BEND, OR 97702
(541)388-4189



**ESTIMATE**
**000047**

PAGE: 01

01/14/10  01/14/10
04:59 PM  04:59 PM
TERR: 7495
NONSIG: 181995

# *PRICE ESTIMATE*****DO NOT PAY*

BILL TO: DAVID CULPEPPER
         2524 NW UPPERRIM DR
         BEND, OR 97701

PHONE 1.......  (541)385-0120 EXT.
PHONE 2.......  (541)948-4859 EXT.
DATE REQUESTED  01/14/10
TIME REQUESTED
RETURN PARTS..  NO
SALESMAN......  005 / 005

VEH YEAR/MAKE.  06 GMC TRUCK
VEHICLE MODEL.  CANYON SL
VEHICLE COLOR.
LICENSE/STATE.  148CDJ / OR
ODOMETR IN/OUT      / NA
PRIOR INVOICE.  021340

ACCOUNT #  COB  TC  CUST#  TYPE/STATE
749500001   2   01  01120  0   OR

| SLSM | TECH | PRODUCT CODE | BC | QTY | DESCRIPTION | PARTS | LBR/EXCISE | LINE TOTAL |
|------|------|--------------|----|----|-------------|-------|------------|------------|
| 005 |  | 046-788 | R | 1 | LONG RACK (RACK & PINION-LEAKING & LOOSE) | 346.00 | 256.00 | 602.00 |
| 005 |  | 078-157 | R | 1 | ALIGNMENT (REF THRUST ANGLE-NO REAR ADJ) | .00 | 54.99 | 54.99 |
| 005 |  | 046-788 | R | 1 | RF OUTPUT SHAFT SEAL (LEAKING) | 16.00 | 288.00 | 304.00 |
| 005 |  | 046-788 | R | 4 | KYB GR2 SHOCKS (REAR LEAKING) | 65.00 | 15.00 | 320.00 |
| 005 |  | 046-788 | R | 1 | RADIATOR (LEAKING) | 295.00 | 248.00 | 543.00 |
| 005 |  | 046-200 | R | 2 | 50/50 PRE MIX DEX-COOL GALLON | 18.00 | .00 | 36.00 |
| 005 |  | 046-200 | R | 1 | UNDER HOOD FUSE BOX COVER (MISSING) | 39.99 | .00 | 39.99 |

PARTS TOTAL........  992.99
LABOR TOTAL........  906.99
SUB TOTAL.........  1899.98
SALES TAX.........     .00

------------------------------------
CUSTOMER AUTHORIZATION FOR TOTAL

TAXABLE AMOUNT      .00

# ESTIMATE TOTAL $1,899.98
# PRICE EXPIRATION DATE 03/15/10
# SEE REVERSE SIDE FOR IMPORTANT SAFETY
# WARNING AND WARRANTY INFORMATION

**HAVE A QUESTION OR PROBLEM?**
Please tell our store manager. We value your opinion as much as your
business. Should you need additional assistance, call our
**CUSTOMER ASSISTANCE LINE 1-800-321-2136**

EXHIBIT _A_

PAGE _1_ OF _1_