# RECORD OF PROCEEDINGS

**In re:**

David Liston Culpepper   AND   Linda Marie Culpepper
Debtor(s)

**Case No. 09-38599-7**

**Judge:** Randall L. Dunn

**Date:** 3/29/2010

**MATTER BEFORE THE COURT:**

**3/24/2010          01:30 PM**

**Notice and Motion to Redeem . Filed by Debtor David Liston Culpepper, Joint Debtor Linda Marie Culpepper (DAINES, REX) (12)**

Parties Present
R Daines
D Culpepper
L Culpepper

Issue
Valuation -
SELCO CCU having vehicle appraised

Set Evidentiary May 12, 2:30 Courtroom 3

Send Notice

Case 09-38599-rld7    Doc 20    Filed 03/24/10