**Robert J. Bocko, OSB No. 964831**
**Philip R. Lempriere, OSB No. 080063**
robert.bocko@kyl.com
philip.lempriere@kyl.com
KEESAL, YOUNG & LOGAN
1301 Fifth Avenue, Suite 1515
Seattle, Washington  98101
Telephone:  (206) 622-3790
Facsimile:   (206) 343-9529

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| IN RE:<br><br>**DAVID AND LINDA CULPEPPER,**<br><br>                                              Debtors. | Case No. 09-38599-rld<br>Chapter 7<br><br>**WELLS FARGO'S NOTICE OF APPEAL** |

Pursuant to 28 U.S.C. § 158(a), Creditor Wells Fargo Bank, N.A. ("Wells Fargo"), appeals to the United Stated District Court the following decision and order of Bankruptcy Judge Randall L. Dunn, entered in this contempt proceeding:

1. Memorandum Opinion on Debtor Linda Culpepper's Motion for Order of Contempt and Wells Fargo's Motion for Summary Judgment (Doc. 92), November 5, 2012; and

2. Order Holding Wells Fargo Bank, N.A. in Contempt of Court (Doc. 94), November 14, 2012.

The names of all parties to the decision appealed from and the names, addresses, and telephone number of their respective attorneys are as follows:

| | |
|---|---|
| **Debtors:**<br>**Attorneys:** | David and Linda Culpepper<br>Michael R. Fuller<br>Rex K. Daines<br>Olsen Olsen & Daines<br>9415 SE Stark, Ste 207<br>Portland, OR  97216<br>Telephone:  (503) 274-4252 |

Case No.:  09-38599-rld7
WELLS FARGO'S NOTICE OF APPEAL - 1

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790

| | |
|---|---|
| **Creditor:** | Wells Fargo Bank, N.A. |
| **Attorneys:** | Robert J. Bocko |
| | Philip R. Lempriere |
| | Keesal, Young & Logan |
| | 1301 Fifth Ave, Ste. 1515 |
| | Seattle, WA  98101 |
| | Telephone:   (206) 622-3790 |

A separate Election to Have Appeal Heard by District Court is being filed herewith.

DATED this 19th day of November, 2012.

                KEESAL, YOUNG & LOGAN

                s/ Robert J. Bocko
                Robert J. Bocko, OSB No. 964831
                Philip R. Lempriere, OSB No. 080063
                1301 Fifth Ave, Ste. 1515
                Seattle, WA  98101
                Telephone:   (206) 622-3790
                Facsimile:    (206) 343-9529

Case No.:  09-38599-rld7
WELLS FARGO'S NOTICE OF APPEAL - 2

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date given below, I electronically filed the foregoing **WELLS FARGO'S NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following persons:

Michael R. Fuller
Rex K. Daines
Olsen Olsen & Daines
9415 SE Stark, Ste 207
Portland, OR  97216
Email: mfuller@olsendaines.com
             rdaines@olsendaines.com

DATED this 19th day of November, 2012, at Seattle, Washington.

*/s/ Hillary Thelen*
Hillary Thelen

KYL_SE79700

Case No.:  09-38599-rld7
WELLS FARGO'S NOTICE OF APPEAL - 3

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790