Robert J. Bocko, OSB No. 964831
Philip R. Lempriere, OSB No. 080063
robert.bocko@kyl.com
philip.lempriere@kyl.com
KEESAL, YOUNG & LOGAN
1301 Fifth Avenue, Suite 1515
Seattle, Washington  98101
Telephone:  (206) 622-3790
Facsimile:   (206) 343-9529

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF OREGON

| IN RE:<br><br>**DAVID AND LINDA CULPEPPER,**<br><br>Debtors. | Case No. 09-38599-rld<br>Chapter 7<br><br>**ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT** |
|---|---|

Creditor Wells Fargo Bank, N.A., objects to having its appeal heard by the Bankruptcy Appellate Panel and elects to have this appeal heard by the United States District Court for the District of Oregon pursuant to Fed. R. Bankr. P. 8001(e) and LR 2200-2(b).

DATED this 19th day of November, 2012.

                KEESAL, YOUNG & LOGAN

                s/ Robert J. Bocko
                Robert J. Bocko, OSB No. 964831
                Philip R. Lempriere, OSB No. 080063
                Telephone:  (206) 622-3790
                Facsimile:   (206) 343-9529

Case No.:  09-38599-rld7
ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT - 1

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790

## CERTIFICATE OF SERVICE

I hereby certify that on the date given below, I electronically filed the foregoing **ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT** with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following persons:

Michael R. Fuller
Rex K. Daines
Olsen Olsen & Daines
9415 SE Stark, Ste 207
Portland, OR  97216
Email: mfuller@olsendaines.com
           rdaines@olsendaines.com

DATED this 19th day of November, 2012, at Seattle, Washington.

*[signature: Hillary Thelen]*
Hillary Thelen

KYL_SE79701

Case No.:  09-38599-rld7
ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT - 2

KEESAL, YOUNG & LOGAN
1301 FIFTH AVENUE, SUITE 1515
SEATTLE, WASHINGTON 98101
(206) 622-3790